SLIP OPINION

Cite as 2016 Ark. 355

# SUPREME COURT OF ARKANSAS
No.

| | |
|---|---|
| IN RE RULE VII OF THE RULES GOVERNING ADMISSION TO THE BAR | **Opinion Delivered** October 20, 2016 |

**PER CURIAM**

The Arkansas Supreme Court Board of Law Examiners has submitted the following addition to Rule VII as set out on detail below.

Rule VII. Application for License.

A. LICENSE FEE.

 A. License Fee. An annual license fee as set by the Court, from time to time, shall be imposed upon each attorney actively licensed to practice law in this State. The fee shall be paid annually to the Clerk of the Arkansas Supreme Court. The amount shall be payable January 1 of each year, and must be paid not later than March 1 of each year to avoid penalties and suspension as described in subsection (C) of this Rule. Funds thus realized shall be used as ordered by the Supreme Court of the State of Arkansas.

(1).    Attorneys licensed in this State who have transferred to voluntary inactive status pursuant to Section 25A(7) of the Procedures of the Arkansas Supreme Court Regulating Professional Conduct of Attorneys at Law, or its successor provision, shall pay fifty percent (50%) of the fee required of actively licensed attorneys.

(2).    Attorneys age 65 or older licensed in this State who have certified that their primary source of income does not derive from the practice of law shall pay ten percent (10%) of the fee required of actively licensed attorneys.

SLIP OPINION

(3).    Upon request by an attorney or the attorney's representative, the Clerk shall have the discretion to place an attorney on voluntary non–payment status if the attorney is incapacitated due to injury, illness, or advanced age. Attorneys placed on voluntary non–payment status shall not practice law in this State and shall not be required to pay an annual license fee unless reinstated to active status.

(4).    Attorneys who have been licensed to practice law in Arkansas for fifty years or more and are in good standing as a member of the Bar of Arkansas shall be exempt from the annual license fee and have the status as Emeritus Attorney.

We hereby approve and adopt the additional language to Rule VII to the Rules Governing Bar Admission.